BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>DANNY JOHN LOPEZ<br><br>                           Defendant, | CASE NO.  1:12-CR-00362-AWI<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA HEARING; AND ORDER |

   IT IS HEREBY STIPULATED, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-captioned matter now scheduled for January 14, 2013, may be vacated and the matter set for a change of plea hearing before the Honorable Anthony W. Ishii on January 14, 2013.

   IT IS SO STIPULATED.

DATED: January 9, 2013         /s/ Melanie L. Alsworth
                               MELANIE L. ALSWORTH
                               Assistant United States Attorney

DATED: January 9, 2013         /s/ Janet Bateman
                               JANET BATEMAN
                               Attorney for Defendant

                               Attorney for Defendant Danny John Lopez

1

O R D E R

IT IS SO ORDERED that the Status Conference for January 14, 2013 at 1:00 p.m., be Vacated and the matter set for a Change of Plea hearing before the Honorable Anthony W. Ishii on January 14, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 10, 2013**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

2