BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-CR-00362-AWI-BAM |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| DANNY JOHN LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Based upon the plea agreement entered into between United States

of America and defendant Danny John Lopez, it is hereby ORDERED,

ADJUDGED AND DECREED as follows:

1.   Pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c),

defendant Danny John Lopez' interest in the following property shall

be condemned and forfeited to the United States of America, to be

disposed of according to law:

a.  a Ruger Blackhawk .357 magnum revolver and all
ammunition seized in this case.

2.   The above-listed asset constitutes a firearm involved in or

used in a knowing violation of 18 U.S.C. § 922(g)(1).

3.   Pursuant to Rule 32.2(b), the Attorney General (or a

Preliminary Order of Forfeiture

1

1   designee) shall be authorized to seize the above-listed property.

2   The aforementioned property shall be seized and held by the United

3   States Marshals Service and/or the Federal Bureau of Investigation in

4   its secure custody and control.

5       4.   a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.

6   § 853(n), and Local Rule 171, the United States shall publish notice

7   of the order of forfeiture.  Notice of this Order and notice of the

8   Attorney General's (or a designee's) intent to dispose of the

9   property in such manner as the Attorney General may direct shall be

10  posted for at least 30 consecutive days on the official internet

11  government forfeiture site www.forfeiture.gov.  The United States may

12  also, to the extent practicable, provide direct written notice to any

13  person known to have alleged an interest in the property that is the

14  subject of the order of forfeiture as a substitute for published

15  notice as to those persons so notified.

16      b. This notice shall state that any person, other than the

17  defendant, asserting a legal interest in the above-listed property,

18  must file a petition with the Court within sixty (60) days from the

19  first day of publication of the Notice of Forfeiture posted on the

20  official government forfeiture site, or within thirty (30) days from

21  receipt of direct written notice, whichever is earlier.

22      5.   If a petition is timely filed, upon adjudication of all

23  third-party interests, if any, this Court will enter a Final Order of

24  Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in

25  which all interests will be addressed.

26  ///

27  ///

28  ///

Preliminary Order of Forfeiture

1

**ORDER**

2

3

4

IT IS SO ORDERED.

5

Dated:   January 22, 2013

_____
SENIOR  DISTRICT  JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Preliminary Order of Forfeiture