UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00362-DAD |
| Plaintiff, | |
| v. | ORDER OF RELEASE TO WESTCARE |
| DANNY JOHN LOPEZ, | |
| Defendant. | |

The above named defendant having been sentenced on December 19, 2016, to TIME SERVED followed by 35 months supervised release,

The defendant shall be released from Fresno County Jail to a representative of Westcare on Tuesday, December 20, 2016, at 10:00am for transport to the program. Judgment and Commitment Order to follow.

IT IS SO ORDERED.

Dated: __**December 19, 2016**__           _____
                                             UNITED STATES DISTRICT JUDGE